FILED
2022 Aug-19  PM 06:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **2:20-cr-405-AHA-JHE** |
| | ) | |
| **ROLANDO WILLIAMSON,** | ) | |
|     **Defendant.** | | |

## NOTICE OF APPEAL

COMES NOW, Rolando Williamson, by and through undersigned counsel, and gives his notice of appeal from his convictions and sentences in the above-styled case.

Respectfully submitted on this the 19th day of August, 2022.

/s J.D. Lloyd
J.D. Lloyd (LLO-011)
The Law Office of J.D. Lloyd, LLC
1914 Fourth Ave. N.
Birmingham, AL 35203
O. 205-538-3340
JDLloyd@JDLloydLaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, the foregoing notice was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s J.D. Lloyd</u>
J.D. Lloyd
*Counsel for the Defendant*