## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **2:20-cr-405-AHA-JHE** |
| | ) | |
| **ROLANDO WILLIAMSON,** | ) | |
|     **Defendant.** | | |

## DEFENDANT'S REQUEST FOR THE COURT TO WAIVE THE APPELLATE FILING FEE

COMES NOW, Rolando Williamson, by and through undersigned counsel, and respectfully requests this Court to waive the appellate filing fee applicable to this matter. In support thereof, Mr. Williamson offers the following:

1. On September 30, 2022, pursuant to Mr. Williamson's request, this Court found Mr. Williamson indigent for purposes of his appeal and ordered that the costs associated with the preparation of the transcript of his trial be waived pursuant to 18 U.S.C. § 3006A.

2. Mr. Williamson respectfully requests that this Court also waive the appellate filing fee applicable to appealing the above-styled matter to the Eleventh Circuit Court of Appeals. Mr. Williamson offers the same factors and reasoning underlying his request for this Court to

waive the costs of his transcripts also applies to the filing fee for this matter.

Respectfully submitted on this the 5th day of October, 2022.

/s J.D. Lloyd
J.D. Lloyd (LLO-011)
The Law Office of J.D. Lloyd, LLC
1914 Fourth Ave. N.
Birmingham, AL 35203
O. 205-538-3340
JDLloyd@JDLloydLaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, the foregoing notice was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s J.D. Lloyd
J.D. Lloyd
*Counsel for the Defendant*